

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2016

No. 04-15-00692-CV

John **SHULL**,
Appellant

v.

**WESTOVER CROSSING (SAN ANTONIO) HOMEOWNERS' ASSOCIATION, INC.**;
Spectrum Association Management, LP; and Buck (Delvin) Benson,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15954
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Pro se appellant John Shull filed his brief on October 17, 2016. The printed brief consists of eighty-nine pages but it does not contain a certificate of compliance. *Contra* TEX. R. APP. P. 9.4(i)(3). The included portions of the brief contain more than 30,000 words, over twice the allowed maximum, *contra id.* R. 9.4(i)(2)(B), and the brief's typefaces are smaller than required, *contra id.* R. 9.4(d),(e). The brief fails to conform with the Rules.

This court may strike a brief that fails to conform with the Texas Rules of Appellate Procedure. *Id.* R. 9.4(k). Therefore, we STRIKE Appellant's brief and ORDER appellant John Shull to file an amended brief within TEN DAYS of the date of this order. **The amended brief must correct all of the violations listed above and fully comply with the applicable rules.** *See, e.g.*, *id.* R. 9.4, 9.5, 38.1.

If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with this order, Appellees' brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2016.



_____
Keith E. Hottle
Clerk of Court